IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES SWIFT,

    Plaintiff,

vs.

U.S.A.A. INSURANCE,

    Defendant.

8:22CV99

MEMORANDUM
AND ORDER

    On July 14, 2022, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 6.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 6 at CM/ECF p. 3.) To date, Plaintiff has not filed an amended complaint.

    IT IS THEREFORE ORDERED:

    1.    This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

    2.    Judgment shall be entered by separate document.

    DATED this 30th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge